**Affirmed and Opinion Filed September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00510-CR

### SHATTO BREONLEE COLEMAN, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-80528-2013**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Evans
Opinion by Justice Bridges

After Shatto Breonlee Coleman was convicted by a jury of driving while intoxicated, the trial court assessed punishment at 120 days' confinement in jail, probated for twelve months. Appellant, who was found not to be indigent, informed the trial court that he wished to abandon the appeal. Therefore, we ordered the appeal submitted without briefs. *See* TEX. R. APP. P. 38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
140510F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHATTO BREONLEE COLEMAN,
Appellant

No. 05-14-00510-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
No. 3, Collin County, Texas
Trial Court Cause No. 003-80528-2013.
Opinion delivered by Justice Bridges,
Justices Lang and Evans participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered September 3, 2014